# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
March 29, 2016

In re:

John V. Greco

Debtor*

Case Number: 16–50359 cec
Chapter: 13

## ORDER DISMISSING CASE UNDER CHAPTER 13

Order Granting [8] Motion to Dismiss Case For Voluntary filed by Neil Crane on behalf of John V. Greco, Debtor.

Dated: March 29, 2016

BY THE COURT

Carla E. Craig
United States Bankruptcy Judge

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 – pbb

*For the purposes of this order, "Debtor" means "Debtors" where applicable.